IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENJMANIN STRUSOWSKI**, *et al.*, | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-537-JMY** |
| | : | |
| **THE NEMOURS FOUNDATION,** | : | |
| Defendant. | : | |
| | : | |

## SCHEDULING ORDER

**AND NOW**, this 25th day of April, 2023, it is hereby **ORDERED** as follows:

1. The parties shall comply with the following deadlines:

    a. Plaintiffs shall file a Motion for Class Certification by **Friday, March 22, 2024**.

    b. Plaintiffs shall produce their expert report(s) by **Friday, March 22, 2024**.

    c. Defendant shall file any opposition to Plaintiffs' Motion for Class Certification by **Monday, June 24, 2024**.

    d. Defendant shall produce its expert report(s) by **Monday, June 24, 2024**.

    e. Plaintiffs shall file any response/reply to Defendant's opposition to a Motion for Class Certification by **Monday, August 26, 2024**.

2. This case is referred to United States Magistrate Judge Carol Sandra Moore-Wells for settlement purposes. Judge Moore-Wells will contact counsel to initiate the settlement process. As a general rule, the Court will not extend or stay the foregoing case management deadlines pending the conduct of settlement discussions.

3. Counsel are referred to Judge Younge's operating procedures for further information: http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**IT IS SO ORDERED.**

                   **BY THE COURT:**

                    */s/ John Milton Younge*
                   **JUDGE JOHN MILTON YOUNGE**