**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BENJAMIN STRUSOWSKI, et al., | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION |
| NEMOURS FOUNDATION, | : | NO. 23-00537 |
| Defendant. | : | |

**ORDER**

AND NOW, this 14th of December, 2023, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 17), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED in PART** and **DENIED in PART** for the reasons stated in this Court's accompanying Memorandum.

It is **FURTHER ORDERED** that the Defendant shall file its Answer to the Complaint within fourteen (14) days after the entry of this Order. The Parties are to proceed in accordance with this Court's April 25, 2023 Scheduling Order (ECF No. 24).

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**