IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENJMANIN STRUSOWSKI**, *et al.*, | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-537-JMY** |
| **THE NEMOURS FOUNDATION,** | : | |
| Defendant. | : | |
| | : | |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 4th day of March 2024, it is hereby **ORDERED** as follows:

1. The parties shall comply with the following deadlines:

    a. Plaintiffs shall file a Motion for Class Certification by **Wednesday, September 18, 2024**.

    b. Plaintiffs shall produce their expert report(s) by **Wednesday, September 18, 2024**.

    c. Defendant shall file any opposition to Plaintiffs' Motion for Class Certification by **Monday, December 21, 2024**.

    d. Defendant shall produce its expert report(s) by **Monday, December 21, 2024**.

    e. Plaintiffs shall file any response/reply to Defendant's opposition to a Motion for Class Certification by **Monday, February 24, 2025**.

2. This case is referred to United States Magistrate Judge Carol Sandra Moore-Wells for settlement purposes. Judge Moore-Wells will contact counsel to initiate the settlement process. As a general rule, the Court will not extend or stay the foregoing case management deadlines pending the conduct of settlement discussions.

3. Counsel are referred to Judge Younge's operating procedures for further information: http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**IT IS SO ORDERED.**

                                      **BY THE COURT:**

                                      */s/ John Milton Younge*
                                  **JUDGE JOHN MILTON YOUNGE**